UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 13-CR-50018 |
| vs. | ) | |
| | ) | Violations: Title 18, United States Code, |
| BRADLEY S. HAMPTON | ) | Sections 514(a)(1) and 514(a)(2) |

Judge Reinhard

## COUNT ONE

The DECEMBER 2011 GRAND JURY charges:

On or about July 15, 2009, at Rockford, in the Northern District of Illinois, Western Division,

BRADLEY S. HAMPTON,

defendant herein, with intent to defraud, did draw, print, process, produce, and otherwise make, and cause to be drawn, printed, processed, produced, and otherwise made, within the United States, a false and fictitious instrument and document appearing, representing, and purporting to be an actual security or other financial instrument issued under the authority of the United States and an organization, namely a false and fictitious Money Order dated July 15, 2009 with serial number 02192009751, in the amount of $230,850.32, and payable to Chase Home Finance, purporting to be issued under the authority of the Federal Reserve Bank of Cleveland;

In violation of Title 18, United States Code, Section 514(a)(1).

FILED

MAR 1 9 2013

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COUNT TWO

The DECEMBER 2011 GRAND JURY further charges:

On or about July 15, 2009, at Rockford, in the Northern District of Illinois, Western Division, and elsewhere,

BRADLEY S. HAMPTON,

defendant herein, with intent to defraud, did pass, utter, present, issue, and possess, and cause to be passed, uttered, presented, issued, and possessed, within the United States, a false and fictitious instrument and document appearing, representing, and purporting to be an actual security or other financial instrument issued under the authority of the United States and an organization, namely, a Money Order dated July 15, 2009 with serial number 02192009751, in the amount of $230,850.32, and payable to Chase Home Finance, purporting to be issued under the authority of the Federal Reserve Bank of Cleveland;

In violation of Title 18, United States Code, Section 514(a)(2).

## COUNT THREE

The DECEMBER 2011 GRAND JURY further charges:

On or about July 15, 2009, at Rockford, in the Northern District of Illinois, Western Division,

BRADLEY S. HAMPTON,

defendant herein, with intent to defraud, did draw, print, process, produce, and otherwise make, and cause to be drawn, printed, processed, produced, and otherwise made, within the United States, a false and fictitious instrument and document appearing, representing, and purporting to be an actual security or other financial instrument issued under the authority of the United States and an organization, namely a false and fictitious Money Order dated July 15, 2009 with serial number 02192009755, in the amount of $20,186.84, and payable to Holcomb State Bank, purporting to be issued under the authority of the Federal Reserve Bank of Cleveland;

In violation of Title 18, United States Code, Section 514(a)(1).

## COUNT FOUR

The DECEMBER 2011 GRAND JURY further charges:

On or about July 15, 2009, at Rockford, in the Northern District of Illinois, Western Division, and elsewhere,

BRADLEY S. HAMPTON,

defendant herein, with intent to defraud, did pass, utter, present, issue, and possess, and cause to be passed, uttered, presented, issued, and possessed, within the United States, a false and fictitious instrument and document appearing, representing, and purporting to be an actual security or other financial instrument issued under the authority of the United States and an organization, namely, a Money Order dated July 15, 2009 with serial number 02192009755, in the amount of $20,186.84, and payable to Holcomb State Bank, purporting to be issued under the authority of the Federal Reserve Bank of Cleveland;

In violation of Title 18, United States Code, Section 514(a)(2).

## COUNT FIVE

The DECEMBER 2011 GRAND JURY further charges:

On or about July 20, 2009, at Rockford, in the Northern District of Illinois, Western Division,

BRADLEY S. HAMPTON,

defendant herein, with intent to defraud, did draw, print, process, produce, and otherwise make, and cause to be drawn, printed, processed, produced, and otherwise made, within the United States, a false and fictitious instrument and document appearing, representing, and purporting to be an actual security or other financial instrument issued under the authority of the United States and an organization, namely a false and fictitious Money Order dated July 20, 2009 with serial number 02192009759, in the amount of $20,186.84, and payable to Holcomb State Bank, purporting to be issued under the authority of the Federal Reserve Bank of Atlanta;

In violation of Title 18, United States Code, Section 514(a)(1).

## COUNT SIX

The DECEMBER 2011 GRAND JURY further charges:

On or about July 20, 2009, at Rockford, in the Northern District of Illinois, Western Division, and elsewhere,

BRADLEY S. HAMPTON,

defendant herein, with intent to defraud, did pass, utter, present, issue, and possess, and cause to be passed, uttered, presented, issued, and possessed, within the United States, a false and fictitious instrument and document appearing, representing, and purporting to be an actual security or other financial instrument issued under the authority of the United States and an organization, namely, a Money Order dated July 20, 2009 with serial number 02192009759, in the amount of $20,186.84, and payable to Holcomb State Bank, purporting to be issued under the authority of the Federal Reserve Bank of Atlanta;

In violation of Title 18, United States Code, Section 514(a)(2).

## COUNT SEVEN

The DECEMBER 2011 GRAND JURY further charges:

On or about July 28, 2009, at Rockford, in the Northern District of Illinois, Western Division,

BRADLEY S. HAMPTON,

defendant herein, with intent to defraud, did draw, print, process, produce, and otherwise make, and cause to be drawn, printed, processed, produced, and otherwise made, within the United States, a false and fictitious instrument and document appearing, representing, and purporting to be an actual security or other financial instrument issued under the authority of the United States, namely a false and fictitious Money Order dated July 28, 2009 with serial number 02192009106, in the amount of $20,186.84, and payable to Holcomb State Bank, purporting to be issued under the authority of the Department of the Treasury;

In violation of Title 18, United States Code, Section 514(a)(1).

## COUNT EIGHT

The DECEMBER 2011 GRAND JURY further charges:

On or about July 28, 2009, at Rockford, in the Northern District of Illinois, Western Division, and elsewhere,

BRADLEY S. HAMPTON,

defendant herein, with intent to defraud, did pass, utter, present, issue, and possess, and cause to be passed, uttered, presented, issued, and possessed, within the United States, a false and fictitious instrument and document appearing, representing, and purporting to be an actual security or other financial instrument issued under the authority of the United States namely a false and fictitious Money Order dated July 28, 2009 with serial number 02192009106, in the amount of $20,186.84, and payable to Holcomb State Bank, purporting to be issued under the authority of the Department of the Treasury;

In violation of Title 18, United States Code, Section 514(a)(2).

## COUNT NINE

The DECEMBER 2011 GRAND JURY further charges:

On or about July 28, 2009, at Rockford, in the Northern District of Illinois, Western Division, and elsewhere,

BRADLEY S. HAMPTON,

defendant herein, with intent to defraud, did draw, print, process, produce, and otherwise make, and cause to be drawn, printed, processed, produced, and otherwise made, within the United States, a false and fictitious instrument and document appearing, representing, and purporting to be an actual security or other financial instrument issued under the authority of the United States, namely a false and fictitious Money Order dated July 28, 2009 with serial number 02192009107, in the amount of $156,274.42, and payable to Chase National Payment Service, purporting to be issued under the authority of the Department of the Treasury;

In violation of Title 18, United States Code, Section 514(a)(1).

## COUNT TEN

The DECEMBER 2011 GRAND JURY further charges:

On or about July 28, 2009, at Rockford, in the Northern District of Illinois, Western Division, and elsewhere,

BRADLEY S. HAMPTON,

defendant herein, with intent to defraud, did pass, utter, present, issue, and possess, and cause to be passed, uttered, presented, issued, and possessed, within the United States, a false and fictitious instrument and document appearing, representing, and purporting to be an actual security or other financial instrument issued under the authority of the United States, namely a false and fictitious Money Order dated July 28, 2009 with serial number 02192009107, in the amount of $156,274.42, and payable to Chase National Payment Service, purporting to be issued under the authority of the Department of the Treasury;

In violation of Title 18, United States Code, Section 514(a)(2).

## **COUNT ELEVEN**

The DECEMBER 2011 GRAND JURY further charges:

On or about August 31, 2009, at Rockford, in the Northern District of Illinois, Western Division, and elsewhere,

BRADLEY S. HAMPTON,

defendant herein, with intent to defraud, did draw, print, process, produce, and otherwise make, and cause to be drawn, printed, processed, produced, and otherwise made, within the United States, a false and fictitious instrument and document appearing, representing, and purporting to be an actual security or other financial instrument issued under the authority of the United States, namely a false and fictitious untitled item dated August 31, 2009 with serial number 021950, in the amount of $48,780, and payable to Regency Worldwide Development, INC, purporting to be issued under the authority of the United States Treasury;

In violation of Title 18, United States Code, Section 514(a)(1).

## COUNT TWELVE

The DECEMBER 2011 GRAND JURY further charges:

On or about August 31, 2009, at Rockford, in the Northern District of Illinois, Western Division, and elsewhere,

BRADLEY S. HAMPTON,

defendant herein, with intent to defraud, did pass, utter, present, issue, and possess, and cause to be passed, uttered, presented, issued, and possessed, within the United States, a false and fictitious instrument and document appearing, representing, and purporting to be an actual security or other financial instrument issued under the authority of the United States, namely a false and fictitious untitled item dated August 31, 2009 with serial number 021950, in the amount of $48,780, and payable to Regency Worldwide Development, INC, purporting to be issued under the authority of the United States Treasury;

In violation of Title 18, United States Code, Section 514(a)(2).

## COUNT THIRTEEN

The DECEMBER 2011 GRAND JURY further charges:

On or about August 31, 2009, at Rockford, in the Northern District of Illinois, Western Division, and elsewhere,

BRADLEY S. HAMPTON,

defendant herein, with intent to defraud, did draw, print, process, produce, and otherwise make, and cause to be drawn, printed, processed, produced, and otherwise made, made within the United States, a false and fictitious instrument and document appearing, representing, and purporting to be an actual security or other financial instrument issued under the authority of the United States, namely a false and fictitious untitled item dated August 31, 2009 with serial number 021951, in the amount of $31,350, and payable to Regency Worldwide Development, INC, purporting to be issued under the authority of the United States Treasury;

In violation of Title 18, United States Code, Section 514(a)(1).

## COUNT FOURTEEN

The DECEMBER 2011 GRAND JURY further charges:

On or about August 31, 2009, at Rockford, in the Northern District of Illinois, Western Division, and elsewhere,

BRADLEY S. HAMPTON,

defendant herein, with intent to defraud, did pass, utter, present, issue, and possess, and cause to be passed, uttered, presented, issued, and possessed, within the United States, a false and fictitious instrument and document appearing, representing, and purporting to be an actual security or other financial instrument issued under the authority of the United States, namely a false and fictitious untitled item dated August 31, 2009 with serial number 021951, in the amount of $31,350, and payable to Regency Worldwide Development, INC, purporting to be issued under the authority of the United States Treasury;

In violation of Title 18, United States Code, Section 514(a)(2).

## COUNT FIFTEEN

The DECEMBER 2011 GRAND JURY further charges:

On or about October 14, 2009, at Rockford, in the Northern District of Illinois, Western Division, and elsewhere,

BRADLEY S. HAMPTON,

defendant herein, with intent to defraud, did draw, print, process, produce, and otherwise make, and cause to be drawn, printed, processed, produced, and otherwise made, within the United States, a false and fictitious instrument and document appearing, representing, and purporting to be an actual security or other financial instrument issued under the authority of the United States, namely a false and fictitious untitled item dated October 14, 2009, with number 650015, in the amount of $7,244.33, and payable to Harley Davidson Credit, purporting to be issued under the authority of the United States Treasurer;

In violation of Title 18, United States Code, Section 514(a)(1).

## COUNT SIXTEEN

The DECEMBER 2011 GRAND JURY further charges:

On or about October 14, 2009, at Rockford, in the Northern District of Illinois, Western Division, and elsewhere,

BRADLEY S. HAMPTON,

defendant herein, with intent to defraud, did pass, utter, present, issue, and possess, and cause to be passed, uttered, presented, issued, and possessed, within the United States, a false and fictitious instrument and document appearing, representing, and purporting to be an actual security or other financial instrument issued under the authority of the United States, namely a false and fictitious untitled item dated October 14, 2009, with number 650015, in the amount of $7,244.33, and payable to Harley Davidson Credit, purporting to be issued under the authority of the United States Treasurer;

In violation of Title 18, United States Code, Section 514(a)(2).

## COUNT SEVENTEEN

The DECEMBER 2011 GRAND JURY further charges:

On or about October 14, 2009, at Rockford, in the Northern District of Illinois, Western Division, and elsewhere,

BRADLEY S. HAMPTON,

defendant herein, with intent to defraud, did draw, print, process, produce, and otherwise make, and cause to be drawn, printed, processed, produced, and otherwise made, within the United States, a false and fictitious instrument and document appearing, representing, and purporting to be an actual security or other financial instrument issued under the authority of the United States, namely a false and fictitious untitled item dated October 14, 2009, with number 650016, in the amount of $12,518.88, and payable to Faith Center, purporting to be issued under the authority of the United States Treasurer;

In violation of Title 18, United States Code, Section 514(a)(1).

## COUNT EIGHTEEN

The DECEMBER 2011 GRAND JURY further charges:

On or about October 14, 2009, at Rockford, in the Northern District of Illinois, Western Division, and elsewhere,

BRADLEY S. HAMPTON,

defendant herein, with intent to defraud, did pass, utter, present, issue, and possess, and cause to be passed, uttered, presented, issued, and possessed, within the United States, a false and fictitious instrument and document appearing, representing, and purporting to be an actual security or other financial instrument issued under the authority of the United States;

In violation of Title 18, United States Code, Section 514(a)(2).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY